# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SMITH, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Case No. 2:25-cv-01606-ACA-NAD |
| | ) |
| **JUSTIN M. WILSON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

In October 2025, the magistrate judge ordered Plaintiff Bobby Smith, Jr., to clarify, within thirty days, whether he intended the *pro se* complaint he filed in this action to serve as an amended complaint *Smith v. Wilson*, No. 7: 25-cv-00803-AMM-NAD. (Doc. 4). When Mr. Smith failed to respond to that order, the magistrate judge entered a report recommending that the court dismiss this action for failure to prosecute and advised Mr. Smith of his right to file objections to the report and recommendation within fourteen days. (Doc. 5). The deadline for objections passed, and the court has not received any.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS**

the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this January 13, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE